UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULES DUPERON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3324 c/w** |
| | **06-3327** |
| **TOMMY MARGOITTA, ET AL** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Jules Duperon's claims against the defendant Sgt. Scott is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Rule to Show Cause Order as to Lt. Thomas Mitchell is **SATISFIED**.

March 6, 2007

_____
UNITED STATES DISTRICT JUDGE