UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULES DUPERON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-3324 c/w**<br>**06-3327** |
| **SGT. TOMMY MARGOITTA AND SGT.**<br>**CHARLES GRIFFIN, INDIVIDUALLY**<br>**AND IN THEIR OFFICIAL CAPACITIES** | **SECTION: "A" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss or Alternatively, for a More Definite Statement (Rec. Doc. No. 22)** filed by Lieutenant Thomas Mitchell is **GRANTED** and the Title 42 U.S.C. § 1983 and state law battery claims against Lieutenant Thomas Mitchell is **DISMISSED WITH PREJUDICE** for the plaintiff's failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 29)** filed by the defendants, Sergeant Charles Griffin, Sergeant Tommy Margiotta, Sergeant Jason Smith, Sergeant Brink Hillman, and Lieutenant Thomas Mitchell, is **GRANTED in part DISMISSING WITHOUT PREJUDICE** Duperon's § 1983 and state law battery claims against the defendants, Griffin, Margiotta, Smith, Hillman, and Mitchell, in their official capacities, for lack of jurisdiction and/or for failure to state a claim for which relief can be granted, and **DISMISSING WITH PREJUDICE** the § 1983 and state law battery claims against Lieutenant Mitchell, in his individual capacity, for failure to state a claim for which relief can be granted; and is **DENIED in part** as to the § 1983 and state law battery claims against Griffin, Margiotta, Smith, and Hillman, in their individual capacities. These claims shall proceed further and shall remain referred to the Magistrate Judge for all pretrial matters consistent with L.R. 73.2E.

November 6, 2007

_____
UNITED STATES DISTRICT JUDGE